UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 19 – CR – 10452 – NMG |
| ) | |
| EDWARD ROBERT REZENDES ) | |

## MOTION TO FILE UNDER SEAL

Counsel for the defendant in the above captioned matter hereby moves this Honorable Court for leave to file his sentencing memorandum under seal.

As grounds for this motion counsel states that the document contains sensitive information that should not be part of the public record.

EDWARD ROBERT REZENDES
By his Attorney,

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.
BBO #630813
Federal Defender Office
(Temporary Mailing Address)
P.O. Box 51268
Boston, MA 02205
(617) 223-8061

## Certificate of Service

I hereby certify that the foregoing document was served upon all parties as indicated on the Notice of Electronic Filing (NEF) on June 17, 2020.

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.

1